AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>WESLEY DAVID GILREATH<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  19-mj-00179-NRN |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WESLEY DAVID GILREATH                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
  Violation of Title 18, United States Code, Section 2252A(a)(5)(B), poession of child pornography.


Date:  07/31/2019

*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*


*Printed name and title*