AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:22 am, Aug 02, 2019*
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 MJ 179 NRN |
| WESLEY DAVID GILREATH | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  WESLEY DAVID GILREATH                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
  Violation of Title 18, United States Code, Section 2252A(a)(5)(B), poession of child pornography.

Date:   07/31/2019

City and state:   Denver, Colorado

*N. Reid Neureiter*
*Issuing officer's signature*

**Magistrate Judge N. Reid Neureiter**
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  7/31/2019 , and the person was arrested on *(date)*  7/31/2019
at *(city and state)*  Boulder, CO

Date:  8/1/2019

*Arresting officer's signature*

SA Justin Stern, FBI Special Agent
*Printed name and title*